**Order entered October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00189-CV

**JACKSON FULGHAM DBA COMMERCE STREET PARTNERS, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08353**

## ORDER

We **GRANT** appellee Allied Property and Casualty Insurance Company's October 15, 2014 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than November 4, 2014.

　　　　　　　　　　　/s/　　ADA BROWN
　　　　　　　　　　　　　　　JUSTICE